

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 19 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
*Northern Division*

LAKEISHA J. CRYE                                    CHARGING PARTY

VS.                                        NO: 3:25-CV-361-CWR-LGI

THE UNIVERSITY OF MISSISSIPPI                              RESPONDENT

# COMPLAINT

## INTRODUCTION

1. LAKEISHA J. CRYE brings this action against the University of Mississippi ("University") under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, which prohibits employment discrimination based on race, color, religion, sex, or national origin, and with Notice of the Plaintiff's Right To Sue which was issued by the Jackson Office Area of the U.S. Equal Employment Opportunity Commission in reference to Charge No. 423-2025-00062.

2. The Plaintiff argues that the University of Mississippi, which is a Predominantly White Institution (PWI), denied LAKEISHA J. CRYE, who is an African American female, an equal employment opportunity for the position of Instructor of Sociology in the Department of Sociology and Anthropology ("Department") at the University during their national job search in the summer of 2024.

## JURISDICTION AND VENUE

3. The United States District Court of the Southern District of Mississippi has jurisdiction over this action under 28 U.S. Code § 1331 because the action raises a federal question under the laws of the United States.

4. Venue is proper in this Court under 28 U.S.C. § 1391 and in this division because a substantial part of the events or omissions giving rise to the claims occurred in this District and division.

## PARTIES

5. LaKeisha J. Crye is an African American woman who is a resident of Jackson, MS.

6. The University of Mississippi is a public university who receives federal funds, and whose main campus is housed in Oxford, MS.

## FACTUAL ALLEGATIONS

7. On July 25, 2024, the Plaintiff applied for an Instructor of Sociology position at the University of Mississippi.

8. The position was advertised as part of a national job search for a candidate with "demonstrated teaching experience and a strong commitment to teaching. M.A. Degree in Sociology or higher is required at the time of application."

9. The advertisement stated that "women and minorities are especially encouraged to apply."

10. The advertisement further stated that "The University of Mississippi is a Title VII employer.

11. On August 22, 2024 Dr. Amy McDowell, Chair of the Search Committee, sent the Plaintiff an update on the status of the position stating, "we received applications from many qualified candidates and those who were chosen for an interview had more experience related to this position."

12. On September 25, 2024, Kimberly DeVries, Director of Equal Opportunity and Regulatory Compliance, responded to the Plaintiff's demographic inquiry on the selected candidate. Her response read, "the selected candidate for the Instructor of Sociology you applied for identified on their application as a female, and selected White (not Hispanic or Latino) as her race/ethnicity. A review of her resume indicates that she has a total of 4 years of higher education teaching experience, with two of those listed as an instructor."

13. At the time of application, the Plaintiff had 14 years of higher education teaching experience with all 14 years as an Instructor of Sociology.

14. The Department's desire to hire Slade, a White woman with significantly less experience than the Plaintiff, a Black woman; is a clear violation of the University's EEOAA policy

which reads, "It is the policy of The University of Mississippi to provide equal opportunity in any employment practice, education program, or education activity to all qualified persons."

## COUNT I – VIOLATIONS OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

15. The Plaintiff incorporates all prior paragraphs of the Complaint as if fully set forth herein.

16. The University of Mississippi's employment practices were intended to deny, and had the effect of denying the Plaintiff, LaKeisha J. Crye an equal employment opportunity. The employment practices of the University of Mississippi are constitutionally unlawful and discriminatory based on the account of the Plaintiff's race, color, religion, sex, or national origin.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff prays that the Court enter an order that:

(1) Declares that the conduct of the University of Mississippi violated TITLE VII OF THE CIVIL RIGHTS ACT OF 1964.

(2) The Defendant, its agents, employees, and successors, and all other persons in active concert or participation with Defendant shall be temporarily restrained and enjoined from receiving federal funds until the Plaintiff's request for relief can be heard;

(3) Enjoins Defendant, its agents, employees, and successors, and all other persons in active concert or participation with Defendant, from:

   a. Discriminating on the account of race, color, religion, sex, or national origin in any aspect of their employment or other business practices;

b. Failing or refusing to take such affirmative steps as may be necessary to restore, as nearly as practicable, the victims of Defendant's unlawful practices to the position they would be in but for the discriminatory conduct;

c. Failing or refusing to take such affirmative steps as may be necessary to prevent the recurrence of any discriminatory conduct in the future and to eliminate, to the extent practicable, the effects of Defendant's unlawful practices.

(4) For a money judgment representing compensatory and punitive damages;

(5) And for such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff, LaKeisha J. Crye, demands trial by jury in this action on all issues so triable.

## CONCLUSION

Please see addendum.

Respectfully and prayerfully submitted,

By: _LaKeisha J. Crye_

LaKeisha J. Crye, Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, LaKeisha J. Crye, Plaintiff Pro Se, do hereby certify that I have this day conventionally filed a copy of the Complaint with the Clerk of the UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF MISSISSIPPI and mailed, by certified United States Mail, a true and correct copy of the above and foregoing Complaint to the following:

**CHIEF LEGAL OFFICER AND GENERAL
COUNSEL FOR THE DEFENDENT**
David Whitcomb
The University of Mississippi
209 Lyceum P.O. Box 1848
University, MS 38677

This the 19th day of May 2025.

By: _LaKeisha J. Crye_

LaKeisha J. Crye, Plaintiff Pro Se
3420 Galloway Avenue
Jackson, MS 39216
Telephone: (601) 954-4625